IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,                    No. 2:06-cv-1131-MCE-PAN-PS

       Plaintiff,

  v.                                     ORDER

A. QUINTON,

       Defendant.
_____/

    On June 29, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) days.  Plaintiff filed objections on July 7, 2006, and they were considered by the district judge.

///

///

///

///

1

1  This Court reviews de novo those portions of the proposed
2  findings of fact to which objection has been made.  28 U.S.C. §
3  636(b)(1); McDonnell Douglas Corp. v. Commodore Business
4  Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455
5  U.S. 920 (1982).  As to any portion of the proposed findings of
6  fact to which no objection has been made, the Court assumes its
7  correctness and decides the motions on the applicable law.  See
8  Orand v. U.S., 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate
9  judge's conclusions of law are reviewed de novo.  See Britt v.
10 Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
11 1983).
12 The Court has reviewed the applicable legal standards and,
13 good cause appearing, concludes that it is appropriate to adopt
14 the Proposed Findings and Recommendations in full.  Accordingly,
15 IT IS ORDERED that:
16 1.  The Proposed Findings and Recommendations filed June 29,
17 2006, are ADOPTED; and
18 2.  The Complaint is dismissed with prejudice.
19 DATED: August 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2